UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LOLA LUCIO

    Plaintiff,

vs.

WHITE CASTLE SYSTEM, INC.,

    Defendant.

Case No. 4:19-cv-12457-AC-RSW
Hon. Avern Cohn

| | |
|---|---|
| Pete M. Monismith (P78186) | Kimberly A. Yourchock (P72336) |
| Pete M. Monismith, Esq. | Honigman LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 3945 Forbes Ave, # 175 | 660 Woodward Avenue, Suite 2290 |
| Pittsburgh, PA 15213 | Detroit, MI 48226-3506 |
| (724) 610-1881 | (313) 465-7000 |
| pete@monismithlaw.com | kyourchock@honigman.com |

## STIPULATED ORDER DISMISSING CASE

The parties having stipulated to the relief granted herein and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that this case be and is dismissed, with prejudice, without costs, interest or attorneys' fees to any party.

IT IS HEREBY FURTHER ORDERED that the Court retains jurisdiction to enforce the obligations of the parties' under the settlement agreement.

IT IS SO ORDERED.

                                              s/Avern Cohn

Dated: 10/21/2019                            U.S. District Judge

STIPULATED AND AGREED TO THIS 18th DAY OF OCTOBER 2019 BY:

/s/ Pete M. Monismith (w/consent)    /s/ Kimberly A. Yourchock
Pete M. Monismith (P78186)         Kimberly A. Yourchock (P72336)
An attorney for Plaintiff              An attorney for Defendant